THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MATTHEW NAVARRO, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.; Merrell, J., dissenting.

JANET DE LONG CULLOM, as Administratrix, etc., of JOSEPH J. DE LONG, Deceased, Respondent, v. SAMUEL C. STEINHARDT, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

CHARLES A. COFFIN and Others, Respondents, v. ELVERTON R. CHAPMAN, Appellant, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

ABRAHAM POLLACK, Appellant, v. VINCENT J. FARLEY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.; Smith, J., dissenting.

WILLIAM A. WHITE & SONS, Respondent, v. UNITED STATES FOOD PRODUCTS CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

CHARLES D. JONES, Respondent, v. GEORGE A. CARDEN, and Another Appellants. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

JENNY M. HARRISON, Appellant, v. EVERETT TOWNSEND, as Executor, etc., of JULIA M. HARRISON, Deceased, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

In the Matter of Proving the Last Will and Testament of JAMES FRANCIS SMITH, Deceased.— Decree affirmed, with costs to respondent payable out of the estate. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

GEORGE MCANENY and Others, Constituting the Transit Commission of the State of New York, Respondents, v. NEW YORK CENTRAL RAILROAD COMPANY and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

PATRICK J. DONOVAN, Appellant, v. CUNARD STEAMSHIP COMPANY, LTD., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

NORMANDIE SHIRT CO., INC., Respondent, v. J. H. & C. K. EAGLE, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.; Smith and McAvoy, JJ., dissenting.

MARIE ALLGOEVER, Respondent, v. PAUL HOENACK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

ROY G. HARRIS, Appellant, v. UNION INSURANCE SOCIETY OF CANTON, LTD., Respondent.—Appeal dismissed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.